**Dismissed and Memorandum Opinion filed September 10, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00649-CR

## ROBERT KETHE CALHOUN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 179th District Court
### Harris County, Texas
### Trial Court Cause No. 1321230

## MEMORANDUM OPINION

Appellant entered a guilty plea to burglary of a habitation with intent to commit theft. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for eight years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Moreover, appellant's sentence was entered October 11, 2011. Appellant's notice of appeal, which was due November 10, 2011, was not filed until August 7, 2019. *See* Tex. R. App. P. 26.2(a)(1). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Christopher, Spain, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)